# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STEVEN R. WILSON, JR.,<br>*Plaintiff*<br>v.<br>BENTON COUNTY CORRECTIONS SHERIFF S. KEANE, MAILROOM CLERK and CORRECTIONAL OFFICERS,<br>*Defendant* | Civil Action No. CV-13-5139-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is dismissed without prejudice pursuant to the Order Dismissing Complaint Without Prejudice entered on December 24, 2013, ECF No. 12.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for voluntary dismissal.

Date: 12/24/2013

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas